Decided September 20, 2001

### GREGORY AZIA *v.* PAULA DILASCIA

The defendant's petition for certification for appeal from the Appellate Court, 64 Conn. App. 540 (AC 20279), is denied.

*James H. Lee*, in support of the petition.

*Gaetano Ferro*, in opposition.

Decided September 20, 2001